UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH NJERI KWEHERIA,

Plaintiff,

v.

JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; and JONATHAN G. WEEKS, Seattle Field Office Director,

Defendants.

CASE NO. 2:26-cv-01091-RSM

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties agree to a stay of this case as USCIS issued Plaintiff a Notice of Intent to Deny (NOID) regarding her Form I-360 on July 14, 2026. Plaintiff has until August 17, 2026, to respond to the NOID, after which USCIS will consider any matters submitted in response before issuing a final decision. The parties agree to stay the case for 60-days to allow USCIS to process submitted materials and adjudicate Plaintiff's application. Allowing this time for USCIS to adjudicate the application under these circumstances promotes the efficient resolution of Plaintiff's claims and conserves judicial resources. For good cause, the parties therefore request additional time to allow for the processing and adjudication of the Plaintiff's I-360 application.

Dated this 3rd day of August, 2026.

*s/ Amsale Aberra*
AMSALE ABERRA
Amsale Aberra Law, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Phone: (206) 734-7614
Email: fiona.mckinnon@ghp-law.net

*Attorney for Plaintiff*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 261 words, in compliance with the Local Rules.*

**ORDER**

The case is held in abeyance. The parties shall submit a status update within 60 days of this Order. It is so **ORDERED**.

Dated this 4th day of August, 2026.

Ricardo S. Martinez
United States District Judge