UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH NJERI KWEHERIA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; and JONATHAN G. WEEKS, Seattle Field Office Director,<br><br>Defendants. | CASE NO. 2:26-cv-01091-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Plaintiff ELIZABETH NJERI KWEHERIA brought this action pursuant to the Administrative Procedures Act, 5 U.S.C. § 555(b) and 706(1), and the Mandamus Act, 28 U.S.C. § 1361, alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant. On September 9, 2026, USCIS notified Plaintiff that her petition had been denied. By this denial, USCIS has completed its adjudication of the matter. Accordingly, the parties jointly move to dismiss the present case before this Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 23rd day of September, 2026.

*s/ Amsale Aberra*
AMSALE ABERRA
Amsale Aberra Law, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Phone: (206) 734-7614
Email: amsale@aberralaw.com

*Attorney for Plaintiff*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 95 words, in compliance with the Local Rules.*

**ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. This case is CLOSED.

It is so **ORDERED**.

Dated this 23rd day of September, 2026.

RICARDO S. MARTINEZ
United States District Judge